1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  VIRGINIA T. TOMOVA
   Assistant United States Attorney
4  Nevada Bar Number 12504
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Virginia.Tomova@usdoj.gov
   *Attorneys for Federal Defendants*
7

8              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
9

10  CESAR MARTINEZ MORAN,                Case No. 2:23-cv-01771-CDS-EJY

              Plaintiffs,                **Stipulation and Order**
11
          v.                             **(First Request)**
12
    UR M. JADDOU, Director of U.S.
13  Citizenship and Immigration Services;
    RICHARD MURRAY, Field Office
14  Director for U.S. Citizenship and
    Immigration Services, Reno Office; and
15  JOHN DOE,

16
              Defendants.
17

18        Plaintiff Cesar Martinez Moran and Defendants Ur M. Jaddou, Director of United

19  States Citizenship and Immigration Services and Richard Murray, Field Office Director for

20  United States Citizenship and Immigration Services, Reno Office ("Federal Defendants"),

21  hereby stipulate and agree as follows:

22        Plaintiffs filed their Complaint on October 31, 2023.

23        Plaintiffs served the United States with a copy of the Summons and Complaint via

24  Certified Mail on December 12, 2023.

25        The current deadline for the United States to respond to the Plaintiffs' Complaint is

26  on February 12, 2024.

27        On February 2, 2024, counsel for Plaintiff and Federal Defendants and counsel for

28  the United States Citizenship and Immigration Services had a meet and confer to discuss

1  the present case during which they agreed that an additional 180 days will be needed for

2  the United States Citizenship and Immigration Services to adjudicate Plaintiff's

3  application.

4      Accordingly, the parties, through undersigned counsel, stipulate and request that the

5  Court approve a 180-day extension of time, from February 12, 2024, to August 12, 2024,

6  for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the first

7  request for an extension of time.

8      This stipulated request is filed in good faith and not for the purposes of undue delay.

9      Respectfully submitted this 8th day of February 2024.

10  GWP IMMIGRATION LAW                    JASON M. FRIERSON
                                           United States Attorney
11

12  /s/ Kathia Quiros                      /s/ Virginia T. Tomova
    KATHIA QUIROS, ESQ.                    VIRGINIA T. TOMOVA
13  Nevada Bar No. 8874                    Assistant United States Attorney
    8942 Spanish Ridge Ave, Ste 1         Nevada Bar Number 12504
14  Las Vegas, Nevada 89148               501 Las Vegas Blvd. So., Suite1100
    Attorney for Plaintiff                 Las Vegas, Nevada 89101
15

16

17                                         **IT IS SO ORDERED:**

18

19                                         **UNITED STATES MAGISTRATE JUDGE**

20                                         **DATED:**  February 8, 2024

21

22

23

24

25

26

27

28

2