Kathia Quiros, Esq.
Bar No. 8874
GWP Immigration Law
8942 Spanish Ridge Ave. Ste 1
Las Vegas, NV 89148
702-737-7717
kq@gwp.law
Attorney for Plaintiff Cesar Martinez Moran

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CESAR MARTINEZ MORAN,<br><br>Plaintiff<br><br>vs.<br><br>UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; RICHARD MURRAY, FIELD OFFICE DIRECTOR FOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES, RENO OFFICE; AND JOHN DOE,<br><br>Defendants | Case No.:  2:23-cv-01771 -CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff and Federal Defendants, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs.

Respectfully Submitted on this 2nd day of April of 2024,

GWP IMMIGRATION LAW

/S/ Kathia Quiros
_____
Kathia Quiros
NV Bar No. 8874
8942 Spanish Ridge Ave., Ste. 1
Las Vegas, NV 89148
*Attorney for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: April 9, 2024

JASON M. FRIERSON

United States Attorney

/S/ Virginia Tomova
_____
Virginia T. Tomova
*Assistant United States Attorney*